UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR420-091

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 843(a)(3) |
| | ) | Acquiring Possession of |
| JAMES HUGHES JR. | ) | Controlled Substance by |
| | ) | Misrepresentation, Fraud, |
| | ) | Forgery, Deception or |
| | ) | Subterfuge |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Acquiring Possession of Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge*
21 U.S.C. § 843(a)(3)

On or about March 19, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**JAMES HUGHES JR.**

knowingly and intentionally acquired and obtained Dihydrocodeine, a controlled substance, by deception and subterfuge, to wit, the defendant used the internet to acquire Dihydrocodeine, shipped from an address in Cambodia, without any lawful prescription.

All in violation of Title 21, United States Code, Section 843(a)(3).



_[signature]_
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

_[signature]_
Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel