IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. CR420-091 |
| ) | |
| JAMES HUGHES, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is Defendant James Hughes, Jr.'s Motion for Early Termination of Probation. (Doc. 37.) In his motion, Defendant seeks early termination of his three-year probation. (Id. at 1.) The Government does not oppose Defendant's motion. (Doc. 38.)

In November 2020, Defendant pleaded guilty to acquiring possession of controlled substance by misrepresentation, fraud, forgery, deception, and subterfuge in violation of 21 U.S.C. § 843(a)(3) and U.S.C. 843(d). (Doc. 24.) In February 2021, Defendant was sentenced to three years' probation. (Doc. 35 at 2.) According to Defendant, he has been compliant with the terms of his probation, and his probation officer does not oppose the motion. (Doc. 37 at 1.)

Pursuant to 18 U.S.C. § 3564(c), after considering the factors set forth in 18 U.S.C. § 3553(a) to the extent that they are applicable, this Court may terminate a term of probation and discharge a defendant at any time after the defendant has completed

one year of probation, if the Court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. After careful consideration of the record in this case and the relevant factors, the Court "satisfied that [termination] is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). As a result, Defendant's motion (Doc. 37) is **GRANTED**, and his probation is terminated.

SO ORDERED this 31st day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA